Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−14475−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Betty A. Lenski
   131 Clover St
   Browns Mills, NJ 08015−2032

Social Security No.:
   xxx−xx−5821

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      11/10/16
Time:      02:30 PM
Location:  Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Brad J. Spiller, Debtor's Attorney

COMMISSION OR FEES
$1,300.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 5, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-14475-KCF
Betty A. Lenski                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2              Date Rcvd: Oct 05, 2016
                            Form ID: 137             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
```
db              Betty A. Lenski,    131 Clover St,    Browns Mills, NJ  08015-2032
cr             +NATIONSTAR MORTGAGE, LLC,    P. O. Box 9013,    Addison, TX 75001-9013
515384251      +Apex Asset,    1891 Santa Barbara,    Lancaster, PA 17601-4106
515384252       Apex Asset Management,    PO Box 5407,    Lancaster, PA  17606-5407
515384253      +Byl Collection Service,    301 Lacey St,    West Chester, PA 19382-3727
515384254       Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH  45274-0021
515384255      +HRRG,   PO Box 5406,    Cincinnati, OH 45273-0001
515384257       James Booker,    42 Meany Rd Apt A7,    Wrightstown, NJ  08562-1627
515384258       Larchmont Imaging Associates, LLC,     PO Box 8500,    Philadelphia, PA  19178-8500
515384261      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage Llc,    Attn: Bankruptcy,    350 Highland Dr,
                  Lewisville, TX  75067-4177)
515384263      +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
515384264       Radiology Associates Of Burlington Cnty,     PO Box 447,    Hainesport, NJ  08036-0447
515384265       South Jersey Emergency Physicians,    PO Box 27005,    Newark, NJ  07101-6705
515432031      +Township of Pemberton,    Pemberton Twp Water Dept,    500 Pemberton Browns Mills Rd,
                  Pemberton, NJ 08068-1539
515384266       Twp Of Pemberton,    500 Pemberton Browns Mills Rd,    Pemberton, NJ  08068-1539
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2016 00:08:57      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2016 00:08:55      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515384256      +E-mail/Text: bankruptcy@icsystem.com Oct 06 2016 00:09:25      Ic Systems Inc,    Po Box 64378,
                  Saint Paul, MN 55164-0378
515384259      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2016 00:08:54      Midland Funding,    8875 Aero Dr,
                  San Diego, CA 92123-2255
515384260      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2016 00:08:54      Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515384262       E-mail/Text: bankruptcydepartment@tsico.com Oct 06 2016 00:09:34      NCO Financial Systems,
                  PO Box 15273,    Wilmington, DE  19850-5273
516377915       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2016 00:21:55
                  Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
515610789       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2016 00:21:12
                  Portfolio Recovery Associates, LLC,    One Main Financial Holdings, Inc.,    POB 41067,
                  Norfolk VA 23541
515384267      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 06 2016 00:09:29      Webbank/fingerhut,
                  6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516422968*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    PO Box 619096,
                  Dallas, Texas 75261-9741)
515590488*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,    PO Box 619096,
                  Dallas, Texas 75261-9741)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 05, 2016
                              Form ID: 137             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Brad J. Spiller    on behalf of Debtor Betty A. Lenski bankruptcy@brennerlawoffice.com
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC
           nj_ecf_notices@buckleymadole.com
                                                                                             TOTAL: 6
```