Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15–14475–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Betty A. Lenski
   131 Clover St
   Browns Mills, NJ 08015–2032

Social Security No.:
   xxx–xx–5821

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/13/18 at 09:00 AM

to consider and act upon the following:

*52* – Creditor's Certification of Default (related document:27 Order on Motion For Relief From Stay) filed by Melissa N. Licker on behalf of NATIONSTAR MORTGAGE, LLC. Objection deadline is 05/24/2018. (Licker, Melissa)

Dated: 5/24/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court