Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−14475−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Betty A. Lenski
   131 Clover St
   Browns Mills, NJ 08015−2032

Social Security No.:
   xxx−xx−5821

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/13/18 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:27 Order on Motion For Relief From Stay) filed by Melissa N. Licker on behalf of NATIONSTAR MORTGAGE, LLC. Objection deadline is 05/24/2018. (Licker, Melissa)

Dated: 5/24/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Betty A. Lenski  
    Debtor

Case No. 15-14475-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 24, 2018  
                           Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2018.  
db          Betty A. Lenski,   131 Clover St,   Browns Mills, NJ   08015-2032  
cr         +NATIONSTAR MORTGAGE, LLC,   P. O. Box 9013,   Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Brad J. Spiller    on behalf of Debtor Betty A. Lenski bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
         Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC NJ_ECF_Notices@McCalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC rsolarz@kmllawgroup.com  
                                                                                                                   TOTAL: 8