Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Phone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Betty A. Lenski | Case No. 15-14475-KCF |
| Debtor. | Hearing Date: June 27, 2018 at 9:00 a.m. |
|  | Chief Judge: Hon. Kathryn C. Ferguson |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: July 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page: 2
Debtor: Betty A. Lenski
Case No.: 15-14475-KCF
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 131 Clover Street, Browns Mills, New Jersey 08015 and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent five (5) post-petition payments due September 2017 through January 2018, each in the amount of $995.52, and five (5) post-petition payments due February 2018 through June 2018, each in the amount of $990.36, less suspense balance of $349.36, for a total delinquency of $9,580.04.

2. Debtor to immediately make lump sum payment of $1,000.00 towards post-petition arrears.

3. Debtor shall make five (5) additional payments each in the amount of $1,430.00, beginning on July 1, 2018 through November 1, 2018, and one (1) payment in the amount of $1,430.04 on December 1, 2018 to cure the post-petition delinquency through June 1, 2018.

4. Post-petition payments to resume timely and in full with the July 1, 2018 payment.

5. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 131 Clover Street, Browns Mills, New Jersey 08015.

Page: 3
Debtor: Betty A. Lenski
Case No.: 15-14475-KCF
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**
Attorneys for the Movant

By: _____
Melissa N. Licker

**Brenner, Spiller & Archer**
Attorney for the Debtor

By: _____
Kenneth J. Borger