Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Phone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Betty A. Lenski | Case No. 15-14475-KCF |
| Debtor. | Hearing Date: June 27, 2018 at 9:00 a.m. |
|  | Chief Judge: Hon. Kathryn C. Ferguson |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: July 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page: 2
Debtor: Betty A. Lenski
Case No.: 15-14475-KCF
Caption of Order: CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 131 Clover Street, Browns Mills, New Jersey 08015 and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent five (5) post-petition payments due September 2017 through January 2018, each in the amount of $995.52, and five (5) post-petition payments due February 2018 through June 2018, each in the amount of $990.36, less suspense balance of $349.36, for a total delinquency of $9,580.04.

2. Debtor to immediately make lump sum payment of $1,000.00 towards post-petition arrears.

3. Debtor shall make five (5) additional payments each in the amount of $1,430.00, beginning on July 1, 2018 through November 1, 2018, and one (1) payment in the amount of $1,430.04 on December 1, 2018 to cure the post-petition delinquency through June 1, 2018.

4. Post-petition payments to resume timely and in full with the July 1, 2018 payment.

5. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 131 Clover Street, Browns Mills, New Jersey 08015.

Page:             3
Debtor:           Betty A. Lenski
Case No.:         15-14475-KCF
Caption of Order: CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**
Attorneys for the Movant

By: _____
    Melissa N. Licker

**Brenner, Spiller & Archer**
Attorney for the Debtor

By: _____
    Kenneth J. Borger

United States Bankruptcy Court
District of New Jersey

In re:  
Betty A. Lenski  
    Debtor

Case No. 15-14475-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 13, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.  
db         Betty A. Lenski,    131 Clover St,    Browns Mills, NJ    08015-2032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:  
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Brad J. Spiller    on behalf of Debtor Betty A. Lenski bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
         Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC NJ_ECF_Notices@McCalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC rsolarz@kmllawgroup.com  
                                                                                             TOTAL: 8