Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                           Case No.:  15−14475−KCF
                           Chapter:  13
                           Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Betty A. Lenski
   131 Clover St
   Browns Mills, NJ 08015−2032

Social Security No.:
   xxx−xx−5821

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/12/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 12, 2018
JAN: slf

                                                                          Jeanne Naughton
                                                                          Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 15-14475-KCF
Betty A. Lenski                                                     Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin                Page 1 of 2        Date Rcvd: Oct 12, 2018
                            Form ID: 148               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             Betty A. Lenski,    131 Clover St,    Browns Mills, NJ  08015-2032
cr            +NATIONSTAR MORTGAGE, LLC,    P. O. Box 9013,    Addison, TX 75001-9013
515384251     +Apex Asset,    1891 Santa Barbara,    Lancaster, PA 17601-4106
515384252      Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
515384253     +Byl Collection Service,    301 Lacey St,    West Chester, PA 19382-3727
515384254      Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH  45274-0021
515384255     +HRRG,   PO Box 5406,    Cincinnati, OH 45273-0001
515384257      James Booker,    42 Meany Rd Apt A7,    Wrightstown, NJ  08562-1627
515384258      Larchmont Imaging Associates, LLC,     PO Box 8500,    Philadelphia, PA  19178-8500
515384261    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Llc,     Attn: Bankruptcy,    350 Highland Dr,
                Lewisville, TX  75067-4177)
515384264      Radiology Associates Of Burlington Cnty,     PO Box 447,    Hainesport, NJ  08036-0447
515384265      South Jersey Emergency Physicians,     PO Box 27005,    Newark, NJ  07101-6705
515432031     +Township of Pemberton,    Pemberton Twp Water Dept,     500 Pemberton Browns Mills Rd,
                Pemberton, NJ 08068-1539
515384266      Twp Of Pemberton,    500 Pemberton Browns Mills Rd,    Pemberton, NJ  08068-1539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2018 00:15:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2018 00:15:10      United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515384256     +EDI: IIC9.COM Oct 13 2018 03:33:00      Ic Systems Inc,    Po Box 64378,
                Saint Paul, MN 55164-0378
515384259     +EDI: MID8.COM Oct 13 2018 03:33:00      Midland Funding,    8875 Aero Dr,
                San Diego, CA 92123-2255
515384260     +EDI: MID8.COM Oct 13 2018 03:33:00      Midland Funding,    8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
515384262      E-mail/Text: bankruptcydepartment@tsico.com Oct 13 2018 00:16:04      NCO Financial Systems,
                PO Box 15273,    Wilmington, DE  19850-5273
515384263     +EDI: AGFINANCE.COM Oct 13 2018 03:33:00      Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
516377915      EDI: PRA.COM Oct 13 2018 03:33:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                Norfolk, VA 23541
515610789      EDI: PRA.COM Oct 13 2018 03:33:00      Portfolio Recovery Associates, LLC,
                One Main Financial Holdings, Inc.,     POB 41067,    Norfolk VA 23541
515384267     +EDI: BLUESTEM Oct 13 2018 03:33:00      Webbank/fingerhut,    6250 Ridgewood Roa,
                Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516422968*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,
                Dallas, Texas 75261-9741)
515590488*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,
                Dallas, Texas 75261-9741)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Oct 12, 2018
                              Form ID: 148                Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew Thomas Archer    on behalf of Debtor Betty A. Lenski aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller    on behalf of Debtor Betty A. Lenski bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC
           NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC NJ_ECF_Notices@McCalla.com
          Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC rsolarz@kmllawgroup.com
                                                                                             TOTAL: 9
```